SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>           Plaintiff,<br><br>     vs.<br><br>Ricky Lin and Associates, Inc., et al,<br><br>           Defendants | Case No. **2:07-cv-02038-WBS-KJM**<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER RE REQUEST FOR CONTINUANCE OF STATUS CONFERENCE**<br><br>Status Conference: November 19, 2007<br>Time: 2:00 pm<br>Courtroom: 5 |

Plaintiff, Scott N. Johnson, and Defendants, George Poulos; Maro Angel Poulos, by and through their designated counsel of record, (Scott N. Johnson; Isaac Ehrlich) hereby stipulate to an extension of time in which to continue the status conference from November 19, 2007 to December 17, 2007.  Defendants Ricky Lin and Associates, Inc. were served on October 29, 2007 and there answer is not due until November 19, 2007.  Defendants George and Maro Angel Poulos were served on November 3, 2007 and there answer is

STIPULATION AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-07-cv-02038-WBS-KJM - 1

1  not due until November 26, 2007.  A continuance to December
2  17, 2007 for the status conference will give the Defendants
3  time to file timely answers and the Plaintiff's Counsel and
4  Defendants Counsel time to engage in settlement
5  discussions.

7  Dated:  November 14, 2007          /s/Scott N. Johnson ____
8                                     Scott N. Johnson,
9                                     Plaintiff, In Pro Per

12 Dated: November 15, 2007           Isaac Ehrlich

14                                    Isaac Ehrlich,
15                                    Attorney for Defendants
16                                    George Poulos and Maro Angel
17                                    Poulos

19                              **ORDER**

21      IT IS HEREBY ORDERED THAT the parties shall have the
   status conference continued to **January 14, 2008 at 2:00 p.m.**

23                             Date:  November 19, 2007

25                             WILLIAM B. SHUBB
                               UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER REQUEST FOR CONTINUANCE OF STATUS CONFERENCE

CIV: S-07-cv-02038-WBS-KJM - 2